**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIFT4 PAYMENTS, LLC, | Case No.: 2:23-cv-02074-APG-BNW |
| Plaintiff | **Order to Show Cause Why This Action Should Not Be Remanded and Striking Certificate of Interested Parties** |
| v. | |
| VALSOFT CORP. INC., | |
| Defendant | |

Defendant Valsoft Corp. Inc. removed this action from state court based on diversity jurisdiction. ECF No. 1.  However, Valsoft has not identified the citizenship of each member of plaintiff Shift4 Payments, LLC. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").  I therefore cannot determine whether complete diversity exists. Accordingly, I order Valsoft to show cause why this action should not be remanded for lack of subject matter jurisdiction.

Additionally, I strike Valsoft's certificate of interested parties because it does not comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Valsoft's citizenship as required by that rule.

I THEREFORE ORDER that defendant Valsoft Corp. Inc. shall show cause why this action should not be remanded for lack of subject matter jurisdiction.  Failure to respond to this order by January 5, 2024 will result in the case being remanded to state court.

I FURTHER ORDER that defendant Valsoft Corp. Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER defendant Valsoft Corp. Inc. to file a proper certificate of interested parties by January 5, 2024.

DATED this 19th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE