# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIFT4 PAYMENTS, LLC, | Case No.: 2:23-cv-02074-APG-BNW |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| VALSOFT CORP. INC., | |
| Defendant | |

In light of defendant Valsoft Corp. Inc.'s response to the order to show cause (ECF No. 14),

I ORDER that the order to show cause (ECF No. 12) is satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 22nd day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE