Joseph G. Went
Nevada Bar No. 9220
David J. Freeman
Nevada Bar No. 10045
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
dfreeman@hollandhart.com
ECMedley@hollandhart.com

*Attorneys for Plaintiff Shift4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIFT4 PAYMENTS, LLC, a Delaware Limited Liability Company;<br><br>Plaintiff,<br>v.<br><br>VALSOFT CORP. INC., a Quebec Corporation,<br><br>Defendant. | Case No. 2:23-cv-02074-APG-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

## STIPULATION

Plaintiff Shift4 Payments, LLC, by and through its counsel of record, Holland & Hart LLP, and Defendant Valsoft Corp. Inc., by and through its counsel of McDonald Carano LLP, hereby stipulate and agree to dismiss the above-entitled action without prejudice, with each party to bear its own attorney's fees and costs.

DATED this 1st day of February 2024.           DATED this 1st day of February 2024.

**HOLLAND & HART LLP**                          **MCDONALD CARANO LLP**

*/s/ Joseph G. Went*                            */s/ Pat Lundvall*
Joseph G. Went                                  Pat Lundvall
David J. Freeman                                Emily Dennis
Erica C. Medley                                 2300 West Sahara Avenue Ste 1200
9555 Hillwood Drive, 2nd Floor                  Las Vegas, NV 89102
Las Vegas, NV 89134

*Attorneys for Plaintiff Shift4*                *Attorneys for Defendant Valsoft*

ORDER: It is ordered that this case is dismissed.

DATED: February 2, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE